FILED
08 AUG 13 PM 3:14

[U.S. DISTRICT COURT stamp]
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Quillie L. Harvey Jr.

    Plaintiff,

vs.

M.S. Evans et.al.

    Defendant.

CASE NO. CV-08-3723 CRB

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Quillie Harvey, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ N/A _____ Net: _____ N/A _____

Employer: _____

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received. (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   _____ 1989 _____
5   _____
6   _____
7   2.   Have you received, within the past twelve (12) months, any money from any of the
8   following sources:
9        a.   Business, Profession or                Yes ___ No ✓
10            self employment
11       b.   Income from stocks, bonds,             Yes ___ No ✓
12            or royalties?
13       c.   Rent payments?                         Yes ___ No ✓
14       d.   Pensions, annuities, or                Yes ___ No ✓
15            life insurance payments?
16       e.   Federal or State welfare payments,     Yes ___ No ✓
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                            Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____ N/A _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____ N/A _____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5          _____N/A_____
6          _____

7  5.   Do you own or are you buying a home?         Yes ____ No __/__
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?                    Yes ____ No __/__
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.   Do you have a bank account? Yes ____ No __/__ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No __/__ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No __/__
20 _____

21 8.   What are your monthly expenses?
22 Rent: $ _____ N/A Utilities: _____ N/A
23 Food: $ _____ N/A Clothing: _____ N/A
24 Charge Accounts: N/A
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____           $ _____           $ _____
27 _____           $ _____           $ _____
28 _____           $ _____           $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1 | 9. Do you have any other debts? (List current obligations, indicating amounts and to
2 | whom they are payable. Do not include account numbers.)
3 | $350, $350, Civil Suits CV-05-5398 CRB(PR)
4 | CV-07-1244 CRB (PR)
5 | 10. Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits? Yes ___ No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 |
10 |
11 | I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 | I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | 8-6-08                    Willie Harvey
17 |    DATE                   SIGNATURE OF APPLICANT

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Harvey, Quillie** H28106 for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020

_____ where (s)he is confined.
[name of institution]

[prisoner name]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **3.33** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **10.36**.

Dated: **8/11/08**

_L. Macias_
[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030  .701                    CALIFORNIA DEPARTMENT OF CORRECTIONS              REPORT DATE: 08/11/08
                                              SALINAS VALLEY STATE PRISON                    PAGE NO:            1
                                              INMATE TRUST ACCOUNTING SYSTEM
                                              INMATE TRUST ACCOUNT STATEMENT

                            FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 11, 2008

ACCOUNT NUMBER : H28106                               BED/CELL NUMBER: FCB1T1000000108L
ACCOUNT NAME   : HARVEY, QUILLIE                      ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                                       TRUST ACCOUNT ACTIVITY

    TRAN
DATE CODE  DESCRIPTION          COMMENT         CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
---- ----  -----------          -------         ---------   --------   -----------   -------
02/01/2008  BEGINNING BALANCE                                                          54.79
02/01 W512 LEGAL POSTAGE        1996 LPOST                                  0.41       54.38
02/07 W512 LEGAL POSTAGE        2054 LPOST                                  4.60       49.78
02/07 W512 LEGAL POSTAGE        2054 LPOST                                  5.30       44.48
02/07 W515 COPY CHARGE          2057 COPY                                   0.36       44.12
02/08 FC03 DRAW-FAC 3           2088 C1                                    44.12        0.00
05/02 D310 CHECK DEPOSIT        2797 7660        ENVEL         20.00                   20.00
06/02 W512 LEGAL POSTAGE        3039 ENVEL                                  0.60       19.40
06/05 W212 FEDERAL FILIN        3078 NTH                                    4.00       15.40
06/05 W512 LEGAL POSTAGE        3081 LPOST                                  0.59       14.81
06/05 W512 LEGAL POSTAGE        3081 LPOST                                  0.42       14.39
06/06 FC03 DRAW-FAC 3           3096 C1                                     0.03       14.36
06/09 W512 LEGAL POSTAGE        3116 LPOST                                  4.80        9.56
06/16 W512 LEGAL POSTAGE        3190 LCOPY                                  2.40        7.16
06/16 W516 LEGAL COPY CH        3190 LCOPY                                  0.12        7.04
06/18 W515 COPY CHARGE          3216 COPY                                   0.12        6.92
06/18 W515 COPY CHARGE          3216 COPY                                   0.48        6.44
06/18 W515 COPY CHARGE          3216 COPY                                   0.24        6.20
06/18 W512 LEGAL POSTAGE        3221 LPOST                                  0.76        5.44
06/18 W512 LEGAL POSTAGE        3221 LPOST                                  1.10        4.34
06/18 W516 LEGAL COPY CH        3217 LCOPY                                  0.60        3.74
06/23 W512 LEGAL POSTAGE        3253 ENVEL                                  0.10        3.64
06/24 W515 COPY CHARGE          3259 COPY                                   0.03-       3.67
06/26 FR01 CANTEEN RETUR        703305                                      3.67        0.00
07/10 FC03 DRAW-FAC 3           0076 C1

                                       CURRENT HOLDS IN EFFECT

DATE       HOLD
PLACED     CODE   DESCRIPTION              COMMENT                           HOLD AMOUNT
--------   ----   -----------              -------                           -----------
07/22/2008 H109   LEGAL POSTAGE HOLD       0175 LPOST                             2.87
07/22/2008 H109   LEGAL POSTAGE HOLD       0175 LPOST                             2.87
07/22/2008 H109   LEGAL POSTAGE HOLD       0175 LPOST                             1.51
07/22/2008 H109   LEGAL POSTAGE HOLD       0175 ENVEL                             1.20
07/23/2008 H109   LEGAL POSTAGE HOLD       0204 LPOST                             1.85
08/04/2008 H109   LEGAL POSTAGE HOLD       0278 ENVEL                             1.20
08/04/2008 H109   LEGAL POSTAGE HOLD       0278 LCOPY                            10.80
08/05/2008 H118   LEGAL COPIES HOLD        0278 LCOPY                            14.40
08/05/2008 H110   LEGAL COPIES HOLD        0295 COPY                              0.20
08/06/2008 H109   LEGAL POSTAGE HOLD       0310 LPOST                             2.87
08/06/2008 H109   LEGAL POSTAGE HOLD       0310 LPOST                             2.19
08/06/2008 H109   LEGAL POSTAGE HOLD       0310 LPOST                             2.19
```

```
REPORT ID: TS3030 .701                    SALINAS VALLEY STATE PRISON                    REPORT DATE: 08/11/08
                                          INMATE TRUST ACCOUNT STATEMENT                 PAGE NO:           2

                              FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 11, 2008

ACCT: H28106           ACCT NAME: HARVEY, QUILLIE                              ACCT TYPE: I

                                         CURRENT HOLDS IN EFFECT

DATE      HOLD
PLACED    CODE        DESCRIPTION                     COMMENT                         HOLD AMOUNT
-------   ----        -----------                     -------                         -----------
08/11/2008 H109       LEGAL POSTAGE HOLD              0350 ENVEL                             0.60


                                        TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL           TOTAL           CURRENT         HOLDS           TRANSACTIONS    CURRENT
BALANCE         DEPOSITS        WITHDRAWALS     BALANCE         BALANCE         TO BE POSTED    AVAILABLE
                                                                                                BALANCE
---------       --------        -----------     -------         -------         ------------    ---------
  54.79           20.00           74.79           0.00           47.62             0.00           47.62
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8/11/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] SVSP
    TRUST OFFICE

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Quillie Harvey H-28106
Salinas Valley State Prison
P.O. Box 1050 C-1-108
Soledad, CA. 93960