IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUILLIE L. HARVEY,                                                No. CV 08-03723 CRB ,

       Plaintiff,
**JUDGMENT IN A CIVIL CASE**

  v.

M.S. EVANS,

       Defendant.
                                        /

      ( )  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      (X)  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** that the complaint is dismissed as duplicative, and for failure to state a claim, under the authority of 28 U.S.C. § 1915A(b).

Dated: August 21, 2008                                          Richard W. Wieking, Clerk

                                                                                                      By:
                                                                                                    Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLIE L. HARVEY, | Case Number: CV08-03723 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| M.S. EVANS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Quillie L. Harvey H-28106
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: August 21, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk